COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Curtis Smith
A.V.C.  C-3  A-2 DOC No. 307909
1630 Prison Road
Cottonport, La 71327

REHEARING ACTION: May 26, 2010

**Docket Number: 09   01305-KH**

**STATE OF LOUISIANA**
**VERSUS**
**CURTIS SMITH**

**Writ Application from Vermilion Parish Case No. 38601**

BEFORE JUDGES:

Hon. Sylvia R. Cooks
Hon. Billy Howard Ezell
Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Curtis L. Smith** has this day been

**DENIED.**

cc: Michael Harson, Counsel for  the Respondent